IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**ONE (1) 1970 CHEVROLET, MODEL: CHEVELLE SS, VIN: 136370A134294,**<br><br>*First-Named Defendant Property*,<br><br>**ONE (1) 2019 CHEVROLET, MODEL: K1500 LT, VIN: 1GCUYDED3KZ181557,**<br><br>*Second-Named Defendant Property,*<br><br>**TYSHION HICKS,**<br><br>*Claimant.* | **CIVIL ACTION NO.**<br>**5:23-cv-00220-TES** |

**DEFAULT JUDGMENT OF FORFEITURE AND FINAL ORDER OF FORFEITURE AS TO THE SECOND-NAMED DEFENDANT PROPERTY**

A Clerk's Entry of Default having been entered on November 1, 2023, in the above referenced case, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment of forfeiture and final order of forfeiture against the Second-Named Defendant Property, having filed a proper Affidavit as to the property to be declared forfeited to the Plaintiff;

**IT IS HEREBY ORDERED THAT JUDGMENT** is entered as follows: All right, title, and interest in the Second-Named Defendant Property is hereby forfeited to and

vested in the United States, which shall have clear title to this property, may warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law.

    Dated this 20th day of November, 2023.

                                      S/ Tilman E. Self, III
                                      **TILMAN E. SELF, III, JUDGE**
                                      **UNITED STATES DISTRICT COURT**

PREPARED BY:
PETER D. LEARY
UNITED STATES ATTORNEY

*/s/ Sean S. Deitrick*
SEAN S. DEITRICK
Assistant United States Attorney Tennessee Bar Number: 32064
Washington D.C. Bar Number: 1030533