IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO.: 5:23-CV-220 (TES) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ONE (1) 1970 CHEVROLET, MODEL: CHEVELLE SS VIN: 136370A134294, | : | |
| | : | |
| First-Named Defendant Property, | : | |
| | : | |
| ONE (1) 2019 CHEVROLET, MODEL: K1500 LT, VIN: 1GCUYDED3KZ181557, | : | |
| | : | |
| Second-Named Defendant Property, | : | |
| | : | |
| TYSHION HICKS, | : | |
| Claimant. | : | |

## ORDER LIFTING STAY

The Motion to Lift Stay filed by Plaintiff, United States of America having been carefully read and considered, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Order staying proceedings as to the above-referenced action, entered herein on January 3, 2024, is hereby lifted.

This __7th__ day of __March__, 2025.

S/ Tilman E. Self, III
_____
TILMAN E. SELF, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA