IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA , | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00220-TES |
| | * |
| ONE (1) 1970 CHEVROLET, MODEL: CHEVELLE SS   VIN: 136370A134294, | * |
| First-Named Defendant Property, | * |
| ONE (1) 2019 CHEVROLET, MODEL: K1500 LT,   VIN: 1GCUYDED3KZ181557, | |
| Second-Named Defendant Property, | |
| TYSHION HICKS | |
| Claimant. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 18, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 3rd day of April, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk